Brian G. Arnold
barnold@thompsoncoburn.com
THOMPSON COBURN LLP
2029 Century Park East, 19th Floor
Los Angeles, California 90067
Tel: 310.282.2500
Fax: 310.282.2501

Attorneys for Defendant
and Counterclaimant ClarBlanc, LLC

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TURN-KEY-TECH, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>CLARBLANC, LLC, a Massachusetts Limited Liability Company; and DOES 1 - 100,<br><br>Defendants. | CASE NO. 16-CV-2126 AJB KSC<br><br>**NOTICE OF SETTLEMENT** |

Defendant CLARBLANC, LLC ("ClarBlanc") hereby provides notice that the parties have reached a settlement of the above-referenced action. The parties will file a joint motion to dismiss.

1

2   DATED: January 31, 2017         THOMPSON COBURN LLP

3

4

5                                   By:   */s/ Brian G. Arnold*
                                          Brian G. Arnold
6                                         Attorneys for Defendant and
                                          Counterclaimant ClarBlanc, LLC
7                                         Email: barnold@thompsoncoburn.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 2029 Century Park East, 19th Floor, Los Angeles, CA 90067.

On January 31, 2017, I served true copies of the following document(s) described as **NOTICE OF SETTLEMENT** on the interested parties in this action as follows:

| | |
|---|---|
| Christian Fenton, Esq. | Attorney for Plaintiff |
| The Law Office of Christian Fenton | Turn-Key-Tech, LLC |
| 5703 Oberlin Drive, Suite 201 | |
| San Diego, California  92121 | |
| Telephone:  (619) 866-6338 | |
| Email: cfenton@christianfentonlaw.com | |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 31, 2017, at Los Angeles, California.

      s/Brian G. Arnold
      Brian G. Arnold

6505138.1

16-CV-2126 AJB KSC
PROOF OF SERVICE